IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMITT REED JONES, AIS 161334, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 2:14cv-427-WHA ) |
| KIM TOBIAS THOMAS, et al., | ) ) |
| Defendants. | ) |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #20), entered on October 6, 2014.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1.  Plaintiff's Amended Complaint against Defendants Bentley, Ward, and Hubbard is DISMISSED without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii).

2.  Defendants Bentley, Ward, and Hubbard are DISMISSED as parties to the Amended Complaint.

3.  Plaintiff's Amended Complaint against Defendants Thomas, Gordy and Carlton are referred back to the Magistrate Judge for further proceedings.

DONE this 28th day of October, 2014.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE