IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMMITT REED JONES, #161 334,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CASE NO. 2:14cv-427-WHA |
| ) | |
| KIM TOBIAS THOMAS, et al.,   ) | (WO) |
| ) | |
| Defendants.   ) | |

## FINAL JUDGMENT

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Defendants and against the Plaintiff, Emmitt Reed Jones, and this case is DISMISSED without prejudice.

DONE this 2nd day of February, 2015.

/s/     W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE